# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**OLLIE MOHAMED,**                                                    **PLAINTIFF,**

**VS.**                                                    **CIVIL ACTION NO. 4:05CV198-P-B**

**CHRISTINE MITCHELL; CLAIMSCO
INTERNATIONAL, INC.; CYNTHIA
OTAZU, TERRY SPIRES, NORTH AMERICAN
RISK SERVICES, INC.; CLARENDON
NATIONAL INSURANCE COMPANY; AND
JOHN DOES 1-10,**                                                    **DEFENDANT.**

## ORDER OF REMAND

This matter comes before the court upon Plaintiff's Motion to Remand [10-1]. Upon due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

For the same reasons discussed in Chief Judge Glen H. Davidson's Opinion and Order remanding *Deborah Mohamed v. Christine Mitchell, et al.*, 4:05CV96-D-B, which the undersigned adopts and incorporates herein, the court concludes that the instant case should be remanded to the Circuit Court of Humphreys County, Mississippi. *See Mercer v. Moody*, 918 So.2d 664, 667 (Miss. 2005).

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Remand [10-1] is **GRANTED**; accordingly,

(2) This case is **REMANDED** to the Circuit Court of Humphreys County, Mississippi from whence it came.

**SO ORDERED** this the 22nd day of February, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE